# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY C. BURLEY,<br>for herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP., and<br>AT&T COMMUNICATIONS – EAST, INC.,<br><br>Defendants. | Civil Action No. 1:07-cv-01845<br>Judge Paul L. Friedman |

**FILED**

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Pursuant to the Joint Motion of Plaintiff Mary C. Burley, and Defendants AT&T Corp. and AT&T Communications – East, Inc. ("AT&T"), through counsel, to Extend the Time for AT&T to Move, Answer or Otherwise Respond to the Complaint, and the Court having considered the Joint Motion and being otherwise duly and sufficiently advised;

IT IS HEREBY ORDERED AS FOLLOWS:

1. The time limit for AT&T to move, answer or otherwise respond to the original Complaint shall be extended *sine die* while the parties attempt to finalize settlement of this case before the MDL Transferee Court (the United States District Court for the Southern District of Indiana), or in the event the tag-along request is denied, 30 days after the Judicial Panel on Multidistrict Litigation has entered its Order.

2. Plaintiff's time to effect proper service on AT&T shall be extended until 30 days after the Judicial Panel on Multidistrict Litigation has entered an order in connection with the

tag-along request. B. Haven Walling, Jr. Esq. or Howard N. Feldman, Esq. will accept service in this action on behalf of AT&T.

Dated this 25st day of October, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT

Distribution:

Nels Ackerson
ACKERSON KAUFFMAN FEX, P.C.
nackerson@ackersonlaw.com

Howard N. Feldman
DICKSTEIN SHAPIRO LLP
feldmanh@dicksteinshapiro.com

Susan Littell
DICKSTEIN SHAPIRO LLP
littells@dicksteinshapiro.com

Daniel J. Millea
ZELLE HOFMANN VOELBEL MASON
& GETTE, LLP
dmillea@zelle.com

Nicholas C. Nizamoff
STUART & BRANIGIN
ncn@stuartlaw.com

B. Haven Walling, Jr.
DICKSTEIN SHAPIRO LLP
wallingb@dicksteinshapiro.com

William P. Wooden
WOODEN & MCLAUGHLIN, LLP
wwooden@woodmaclaw.com

James M. Boyers
WOODEN & MCLAUGHLIN, LLP
jboyers@woodmaclaw.com

Roger C. Johnson
KOONZ MCKENNEY JOHNSON DEPAOLIS &
LIGHTFOOT
rjohnson@koonz.com

John B. Massopust
ZELLE HOFMANN VOELBEL MASON
& GETTE, LLP
jmassopust@zelle.com

Andrew W. Cohen
KOONZ MCKENNEY JOHNSON DEPAOLIS &
LIGHTFOOT
acohen@koonz.com

Henry J. Price
PRICE, WAICUKAUSKI & RILEY, LLC
hprice@price-law.com

Nancy Winkelman
SCHNADER HARRISON SEGAL & LEWIS LLP
nwinkelman@schnader.com

Robert J. Higgins
DICKSTEIN SHAPIRO LLP
higginsr@dicksteinshapiro.com