*United States District Court*
*Southern District of Indiana*

*Laura A. Briggs*
*Clerk of the Court*

*105 U.S. Courthouse*
*46 East Ohio Street*
*Indianapolis, Indiana*
*46204*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*210 Federal Building*
*Terre Haute, Indiana*
*47808*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

December 10, 2007

Clerk, United States District Court
District of Columbia
1225 E. Barrett Prettyman U. S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

    RE:    AT&T Corp. Fiber Optic Installation Litigation
            MDL -1313
            *Mary C. Burley v. AT&T Corp, et al.*
            Our Cause No. 1:07-cv-7023-DFH-TAB
            Your Cause No. 1:07-cv-1845 PLF

Dear Clerk,

The Clerk of Court for the Southern District has filed on December 10, 2007, a Conditional Transfer Order dated December 4, 2007, regarding the above-referenced litigation from the Judicial Panel of Multidistrict Litigation. A certified copy is attached. Please use the enclosed postage paid envelope and copy of this letter to acknowledge receipt of this transfer order.

The purpose of this letter is to request that you send us the case which is currently in your District and that you assist our intake section in managing the incoming case by noting our Civil Action Number in your cover letter. <u>Please enclose a certified copy of the docket sheet and a copy of the transmittal order along with any original, manually filed documents, if applicable.</u>

To further assist Judge Hamilton, we ask that you provide us with a list of any pending motions in your case. Please attach your list to your transfer letter.

If you have any questions in the matter, please contact Mr. Charles Bruess, Courtroom Deputy, at (317) 229-3724 or Linda Carmichael, Case Administrator, at (317) 229-3919. Thank you for your cooperation.

                        Very truly yours,

                        Laura A. Briggs, Clerk

By: _____
     Linda S. Carmichael, Deputy Clerk


cc:    The Honorable David F. Hamilton

       Michael J. Beck, Clerk
       Judicial Panel on MDL
       Thurgood Marshall Federal Judicial Building
       Room G-255, North Lobby
       One Columbus Circle, NE
       Washington, DC 20002-8004